IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY FUSION CARE, INC. | § | Case No. H-13-2661 |
| | § | |
| | § | |
| | § | |
| | § | Bankruptcy Case No. 12-AD-3359 |
| | § | Jointly Administered |

## ORDER OF DISMISSAL

In light of the order approving the compromise entered by the Bankruptcy Court, case this case is dismissed.

SIGNED on June 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\BankruptcyAppeals\13-2661 order of dismissal.wpd